United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEDGEWOOD COMMUNITY FUND II, LLC,<br><br>                    Plaintiff,<br><br>           v.<br><br>OLIVIA BARRIOS, et al,<br><br>                    Defendants. | Case No. 13-01293-JCS<br><br>**ORDER TO SHOW CAUSE RE REMOVAL** |

On March 21, 2013, Defendants Olivia Barrios and Mary Sanchez ("Defendants") removed the underlying action from the Superior Court of California, County of Los Angeles to the United States District Court, Northern California.

IT IS HEREBY ORDERED that Defendants appear on April 19, 2013, at 9:30a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Franscisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of Los Angeles for lack of federal jurisdiction.  Any memorandum in support or opposition shall be filed by April 12, 2013.

IT IS SO ORDERED.

Dated: March 28, 2013

_____

Joseph C. Spero
United States Magistrate Judge