## LAW OFFICES OF SAM CHANDRA, APC

710 S. Myrtle Ave., # 600  
Monrovia, CA 91016

Tel. (626) 305-0555  
Fax. (626) 305-0556

April 18, 2013

Honorable Joseph C. Spero  
United States Magistrate Judge  
San Francisco Courthouse, Courtroom G - 15th Floor  
450 Golden Gate Avenue, San Francisco, CA 94102

Reference:   Case number 3:13-cv-01293-JCS  
             Wedgewood Community Fund v Barrios, Sanchez  
             OSC hearing April 19, 2013, 9:30am

Dear Honorable Magistrate Judge Spero:

Plaintiff filed a response to the OSC, set for April 19, 2013, requesting the court remand this action back to the Los Angeles Superior Court. Plaintiff does not know why Defendants removed this action all the way to Northern District of California when Los Angeles is in Central District.

Plaintiff checked the PACER docket for this case on April 17, 2013 and did not see a response from Defendants regarding the OSC. Plaintiff also did not see a Consent or Declination regarding Magistrate Judge filed by Defendants/Removing Parties.

Plaintiff reviewed the documents filed by Defendants removing this case to federal court. On page 50 of 71, Defendants have a telephone number indicated, 213-908-3309. Dana J. Seyler, associate attorney of my office, called that number today at 11:00am, and spoke with "Josy". Josy informed Ms. Seyler that Defendants were not home now. Ms. Seyler informed Josy that there was a hearing in federal court in San Francisco tomorrow morning, and asked if Josy knew whether Defendants would be appearing. Josy didn't know, but said she would leave a message on the table for Defendants. Ms. Seyler left her name and phone number and asked for a return call.

My office believes it is unlikely that Defendants will appear, because they have not filed an opposition and they reside in the City of Los Angeles. We apologize for the late notice, but we would like to request the court to allow Plaintiff to make a telephonic appearance.

Attorney Sam Chandra is in trial on April 19, 2013 at 9:30am, but Dana J. Seyler, associate attorney with this office, will be available in the office at 9:30am at 626-305-0555.

Plaintiff requests the court to allow the telephonic appearance of Dana J. Seyler for this hearing.

Thank you for your consideration.

Sincerely,

Sam Chandra  
Attorney for Plaintiff

Dated: 4/18/13

IT IS SO ORDERED  
Judge Joseph C. Spero  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA